➧AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
_____ District of **Puerto Rico**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Ralph Rosario-Diaz** | ) Case No: **00-153(1)(SEC)** |
| | ) USM No: _____ |
| Date of Previous Judgment: **September 5, 2002** | ) **Melanie Carrillo Jiménez, AFPD** |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **262 months** months is reduced to **210 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

```
In no event may the reduced term of imprisonment be less than the term of
imprisonment the defendant has already served.
```

Except as provided above, all provisions of the judgment dated **Sept 5, 2002** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **5/12/09**

Effective Date: **5/13/09**
(if different from order date)

_____
Judge's signature

**HON. SALVADOR E. CASELLAS**
Senior U.S. District Judge
Suite 342 U.S. Courthouse
300 Recinto Sur
San Juan, PR 00901